**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **U.A. LOCAL 342 JOINT LABOR-MANAGEMENT COMMITTEE,** *et al.*<br><br>    Plaintiffs,<br><br>    **vs.**<br><br>**OLSSON PLUMBING & HEATING CO., INC.,**<br><br>    Defendant. | **Case No.: 16-CV-7151 YGR**<br><br>**ORDER STAYING ACTION PENDING RESOLUTION OF CHAPTER 7 BANKRUPTCY** |

The Court has received notice that Defendant filed a petition for bankruptcy.  (Dkt. No. 19.)  Accordingly, this action is **STAYED** and the Court now sets this matter for a compliance hearing at **9:01 a.m. on Friday, December 8, 2017**, in Courtroom 1, United States District Courthouse, 1301 Clay Street, Oakland.

Five (5) business days prior to the date of the compliance hearing, Plaintiffs must file a status report informing the Court of the status of the bankruptcy proceedings.  If the status report has been timely filed, no appearance will be required and the compliance hearing will be taken off calendar.  Telephonic appearances may be allowed if the statement has been submitted in a timely fashion and the Court deems a hearing necessary.  Failure to comply may result in sanctions.

If Plaintiffs learn that the bankruptcy stay has been vacated, modified to allow this matter to proceed, or terminated by dismissal of the bankruptcy action, Plaintiffs immediately shall serve and file a notice that the bankruptcy stay is no longer in effect and request the setting of a Case Management Conference.

**IT IS SO ORDERED.**

Dated: March 10, 2017

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**