BENJAMIN K. LUNCH, State Bar No. 246015
LOIS H. CHANG, State Bar No. 278146
NEYHART, ANDERSON, FLYNN & GROSBOLL APC
369 Pine Street, Suite 800
San Francisco, CA 94104-3323
Tel. (415) 677-9440
Fax (415) 677-9445
Email: Blunch@neyhartlaw.com
       Lchang@neyhartlaw.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

(Oakland Division)

| | |
|---|---|
| U.A. LOCAL 342 JOINT-LABOR MANAGEMENT COMMITTEE; NORTHERN CALIFORNIA PIPE TRADES PENSION TRUST; NORTHERN CALIFORNIA PIPE TRADES SUPPLEMENTAL 401(k) RETIREMENT PLAN; NORTHERN CALIFORNIA PIPE TRADES HEALTH AND WELFARE TRUST; NORTHERN CALIFORNIA MECHANICAL CONTRACTORS ASSOCIATION; LOCAL UNION 342, PLUMBERS & STEAMFITTERS, UNITED ASSOCIATION OF JOURNEYMEN AND APPRENTICES OF THE PLUMBING AND PIPEFITTING INDUSTRY OF THE UNITED STATES AND CANADA (AFL-CIO); U.A. LOCAL 342 APPRENTICESHIP & TRAINING TRUST FUND and Derrick Kualapai, as Trustee of the above TRUSTS,<br><br>Plaintiffs,<br><br>v.<br><br>OLSSON PLUMBING & HEATING CO., INC., a California Corporation,<br><br>Defendant. | Case No. 16-cv-07151-YGR<br><br>**NOTICE OF VOLUNTARY DISMISSAL**<br><br>[Local Rule 7-11]<br><br>Date: December 8, 2017<br>Time: 9:01 a.m.<br>Courtroom: 1, 4th Floor<br>Location: 1301 Clay Street<br>          Oakland, CA 94612<br>Judge: Hon. Yvonne Gonzalez Rogers |

-1-

NOTICE OF VOLUNTARY DISMISSAL
Case No. 16-cv-07151 (YGR)

NOTICE IS HEREBY GIVEN THAT pursuant to Fed.R.Civ.Pro. 41(a)(1), Plaintiffs voluntarily dismiss the above-captioned action without prejudice.

Dated: December 6, 2017

Respectfully Submitted,

NEYHART, ANDERSON, FLYNN & GROSBOLL APC

By: /s/ Lois H. Chang
LOIS H. CHANG
Attorneys for Plaintiffs

December 21, 2017

IT IS SO ORDERED

Judge Yvonne Gonzalez Rogers

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA